# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LAMAR BROWN,                 :   No. 51 MM 2017

          Petitioner         :

           v.                :

MARK GARMAN SUPERINTENDENT OF   :
THE STATE CORRECTIONAL           :
INSTITUTION AT ROCKVIEW, DISTRICT   :
ATTORNEY'S OFFICE OF ADAMS      :
COUNTY, ADAMS COUNTY/ COMMON    :
PLEAS COURT OF ADAMS COUNTY,     :

         Respondents     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.